IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHEIK TEHUTI, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:21-cv-370-X (BT) |
| | § | |
| CRAIG SMITH, et al., | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation, dated June 2, 2021, in this case. Sheik Tehuti filed a Motion for Reconsideration [Doc. No. 24], which the Court construes as an objection to the Magistrate Judge's Findings, Conclusions, and Recommendation. The Court has made a *de novo* review of the portions of the proposed findings and recommendation to which Tehuti objected. The Court finds that the Findings and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and Tehuti's objections are overruled.

**SO ORDERED** this 28th day of June, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE